390 A.2d 1361

**Jay WECHSLER**

v.

**Francisco SANTIAGO and Josephine Santiago, Appellants.**

Superior Court of Pennsylvania.

Argued Sept. 14, 1977.

Decided July 12, 1978.

Nancy L. Ford, Philadelphia, for appellants.

Gary F. DiVito, Philadelphia, submitted a brief for appellee.

Before WATKINS, President Judge and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The order of the lower court dismissing preliminary objections is affirmed for the reasons stated in *Wechsler v. Newman,* 256 Pa.Super. 81, 389 A.2d 611 (1978).

WATKINS, former President Judge, did not participate in the consideration or decision of this case.